602

452 A.2d 1086

Commonwealth v. Collins, Appellant.
Petition for Allowance of Appeal Denied Feb. 18, 1983.

Submitted March 9, 1982.   Elaine DeMasse, Assistant Public Defender, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.

452 A.2d 1086

Commonwealth v. Conjalko, Appellant.
Petition for Allowance of Appeal Denied Feb. 18, 1983.

Submitted June 23, 1981.   Kenneth Lee Rotz, for appellant;  Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., PRICE and JOHNSON, JJ.

The order of the lower court is affirmed denying the petition to dismiss on double jeopardy grounds and this case is remanded for appropriate proceedings.   Jurisdiction relinquished.